FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAY 23 2011

JAMES N. HATTEN, CLERK
By: R. Buchelen    Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) CRIMINAL ACTION FILE |
| v. | ) |
| | ) NUMBER 1:04-cr-329-TCB |
| CHARLES E. EDWARDS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on Petitioner Evelyn Sue Edwards's objections [242] to Magistrate Judge Scofield's Report and Recommendation [228], which recommends granting the Government's motion for summary judgment [189]. Also before the Court are Defendant Charles Edwards's motions for discovery and to dismiss [219, 223] and for a ruling on his discovery motions [234] and Petitioners Evelyn Sue Edwards, Apple Valley Development, LLC, Maple Leaf Holdings, LLC and Merritt Island, LLC's cross motion for summary judgment [243].

After conducting a careful and complete review of a magistrate judge's findings and recommendations, a district judge may accept, reject,

or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982), *cert. denied*, 459 U.S. 1112 (1983). A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). The district judge must "give fresh consideration to those issues to which specific objection has been made by a party." *Jeffrey S. v. State Bd. of Educ. of Ga.*, 896 F.2d 507, 512 (11th Cir. 1990). Those portions of a report and recommendation to which an objection is not asserted are reviewed for plain error. *United States v. Slay*, 714 F.2d 1093, 1095 (11th Cir. 1983).

The Court has conducted a careful review of the report and recommendation and Evelyn Sue's objections thereto. Having done so, the Court finds that Magistrate Judge Scofield's factual and legal conclusions were correct and that Evelyn Sue's objections have no merit. Specifically, Evelyn Sue has failed to provide the additional detail needed in her and the other petitioners' petitions to satisfy 21 U.S.C. § 853(n)(6)(A) or (B) or to show that she and the other petitioners have otherwise satisfied 21 U.S.C. § 853(n)(6)(A) or (B) with the information provided to the Court.

Accordingly, the Court ADOPTS AS ITS ORDER the Report and Recommendation [228] and GRANTS the Government's motion for summary judgment [189]. The Court also DENIES Charles Edwards's motions [219, 223, 234] and Petitioners Evelyn Sue Edwards, Apple Valley Development, LLC, Maple Leaf Holdings, LLC and Merritt Island, LLC's cross motion for summary judgment [243].

IT IS SO ORDERED this 23rd day of May, 2011.

_____
Timothy C. Batten, Sr.
United States District Judge